UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEJIA QIAN,

                    Plaintiff,

   -against-

THE NEW RESINA CORPORATION,

                   Defendant.
-----------------------------------------------------------X

JUDGMENT
00-CV- 6699 (JG)

BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on May 17, 2005, granting defendant's motion to dismiss dated April 8, 2005, for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion to dismiss dated April 8, 2005, for failure to prosecute is granted, pursuant to Fed. R. Civ. P. 41(b).

Dated: Brooklyn, New York
       May 18, 2005

                                                                 s/Robert C. Heinemann
                                                                ROBERT C. HEINEMANN
                                                                Clerk of Court